## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMMY MICHAEL HAMLIN, an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Case No.:  CIV-17-1160-HE<br>) |
| JEROD BOYD, an individual, and HALLIBURTON ENERGY SERVICES, INC., | )<br>)<br>)<br>) |
| Defendants. | |

### NOTICE OF REMOVAL

Defendants Jerod Boyd and Halliburton Energy Services, Inc. (hereinafter "HESI"), hereby notify the Court and the parties that they are removing this action to the United States District Court of the Western District of Oklahoma pursuant to 28 U.S.C. §§ 1331, *et seq.* Defendants respectfully show the Court as follows:

1. Defendants have been sued in a civil action in the District Court of Major County, State of Oklahoma, styled *Sammy Michael Hamlin v. Jerod Boyd and Halliburton Energy Services, Inc.,* Case No. CJ-2017-33 ("State Court Action"). The State Court Action was filed on September 18, 2017.

2. Plaintiff's Petition asserts state law claims of negligence and gross negligence, with Plaintiff's damages in an amount in excess of $75,000. Plaintiff is an individual domiciled in the state of Oklahoma. Defendant Jerod Boyd is an individual domiciled in the state of Texas. Halliburton

Energy Services, Inc. is a foreign corporation with its principal place of business outside of the State of Oklahoma.

3. Defendant HESI received service of the Petition and Summons on October 10, 2017. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(3) because Defendants filed this Notice within thirty (30) days of their receipt of Plaintiff's Petition.

4. This removal is pursuant to 28 U.S.C. §§ 1331 because Plaintiff has alleged state law claims with damages in excess of $75,000 and there is complete diversity amongst the parties.

5. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and a copy of the Notice of Removal will be filed with the Clerk of the District Court of Major County, State of Oklahoma, as provided by 28 U.S.C. § 1446(d).

6. Copies of all process, pleadings, and orders filed or served upon Defendants in the aforementioned State Court Action are attached hereto as follows, and made a part hereof:

        Exhibit 1    Docket Sheet

        Exhibit 2    Petition

        Exhibit 3    Summons Issued Back to Attorneys

        Exhibit 4    Summons Served

7. Defendant respectfully reserves its right to file all appropriate motions and raise all defenses and objections in this action after it has been

properly removed to the United States District Court for the Western District of Oklahoma.

WHEREFORE, Defendants Jerod Boyd and Halliburton Energy Services, Inc., by and through their respective counsel, hereby remove the above-captioned case now pending in the District Court of Major County, State of Oklahoma, to the United States District Court of the Western District of Oklahoma, invoking this Court's jurisdiction.

**JURY TRIAL DEMANDED.**

Respectfully submitted,

 s/ Gerald P. Green
Gerald P. Green, OBA No. 3563
Hailey M. Hopper, OBA No. 31093
Pierce Couch Hendrickson
 Baysinger & Green, l.l.p.
Post Office Box 26350
Oklahoma City, Oklahoma  73126
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
jgreen@piercecouch.com
hhopper@piercecouch.com
***Attorneys for Defendants***
***Jerod Boyd and Halliburton***
***Energy Services, Inc.***

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 26, 2017, I caused the foregoing document to be electronically filed using the electronic case filing system of the Court. The electronic case filing system sent a " Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                 s/ Gerald P. Green
                 Gerald P. Green